THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIAM HELSE, Defendant-Appellant.

(Nos. 59978-83 cons.;

First District (1st Division)—November 4, 1974.

PER CURIAM.
GOLDBERG, J., took no part.

Katz, Hirsch and Wise, Ltd., of Chicago (Frederick F. Cohn, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Donald M. Devlin, Assistant State's Attorneys, of counsel), for the People.